UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-20855-CR-MARTINEZ/OTAZO-REYES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KINOY EDWIN MILLER,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON MOTION TO APPOINT COUNSEL

**THE MATTER** was referred to United States Magistrate Judge Alicia M. Otazo-Reyes, and accordingly, a Report and Recommendation **[ECF No. 57]** was filed on July 27, 2018, with a Recommendation Denying Defendant Kinoy Edwin Miller's Motion to Appoint Counsel **[ECF No. 54]**, submitted via mail by the defendant.

**ORDERED AND ADJUDGED** that United States Magistrate Judge Alicia M. Otazo-Reyes' Report and Recommendation **[ECF No. 57]** is hereby **AFFIRMED and ADOPTED** in its entirety. Defendant Kinoy Edwin Miller's Motion to Appoint Counsel **[ECF No. 54]** is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28 day of March 2023.

                                                JOSE E. MARTINEZ
                                              **UNITED STATES DISTRICT JUDGE**

Copies provided to:
Magistrate Judge Jacqueline Becerra
All Counsel of Record